# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al.,** ) | CIVIL ACTION NO. 18-1708 |
| ) | |
| ) | JUDGE JOY FLOWERS CONTI |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **ADAM J. LESSESKI,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| **CONCRETE CORING COMPANY, INC. and LARRY E. TREADWAY**, ) | |
| ) | |
| Crossclaim Plaintiffs, ) | |
| v. ) | |
| ) | |
| **ADAM J. LESSESKI,** ) | |
| ) | |
| Crossclaim Defendant. ) | |

## ORDER

**AND NOW**, this 4th day of March 2021, for the reasons set forth in the accompanying findings of fact and conclusions of law, the motion for enforcement of settlement (ECF No. 76) is **GRANTED**, the motion to compel (ECF No. 65) is **DENIED AS MOOT**, the motion for stay (ECF No. 70) is **DENIED AS MOOT**, and the motion for sanctions (ECF No. 83) is **DENIED**; and

**IT IS FURTHER ORDERED** that Larry E. Treadway and Concrete Coring Company and Adam J. Lesseski shall forthwith execute the second amended recission agreement.

**IT IS SO ORDERED.**

**/s/ JOY FLOWERS CONTI**
Joy Flowers Conti
Senior United States District Court Judge